IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAETINO J. SCHLOSSER,
    Plaintiff,

v.                                     Case No.: 3:09cv500/MCR/EMT

WALTER A. McNEIL, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 17, 2012 (doc. 34). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. The court has made a <u>de novo</u> determination of the Report and Recommendation, and the record, and determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This action is **DISMISSED** for the failure to state a claim for relief, pursuant to 28 U.S.C. § 1915A(b)(1).

    **DONE AND ORDERED** this 18th day of May, 2012.

                                      *M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**